# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ESSENCE DYSON

NO. 2025 KW 0903

**NOVEMBER 17, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          01-13-0316.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**   See **State v. Sampson**, 2002-909 (La. 2/14/03),
841 So.2d 747 (*per curiam*).

                        **SMM**
                        **BDE**
                        **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT